UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 20 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

BRYAN WILSON 39629-007
USP HAZELTON
P.O. BOX 2000
BRUCETONMILLS, WV. 26525

V.

U.S DEPARTMENT OF JUSTICE
EOUSA, FOIA & PRIVACY STAFF
600 E STREET, N.W.
SUITE 7300, BICENTENNIAL BUILDING
WASHINGTON, D.C. 20530,
    DEFENDANT.

Case: 1:15-cv-01149
Assigned To : Cooper, Christopher R.
Assign. Date : 7/20/2015
Description: FOIA/Privacy Act (I)

## JURISDICTION

The District Court has jurisdiction of this action pursuant to 5 U.S.C. §552(a)(4)(B). Complainant has exhausted his remedies under 5 U.S.C. §552(a)(6)(C)(i).

## COMPLAINT

On Dec. 8, 2014, plaintiff filed a request with defendant pursuant to 5 U.S.C. 552(a)(2) for documents pertaining to defendant's acquisition of plaintiff's cell site records from Nextel Communication's Subpoena Specialist. Plaintiff's request was specific and included a certification of identity.

In a letter dated January 27, 2015, defendant acknowledged that it had received the request on January 9, 2015, and that plaintiff's request had been assigned Request No. FOIA-2015-01064. Defendant informed plaintiff further that his request had been designated as Self (specific Records)-USAO-DC.

According to defendant's letter most requests are processed within "a month(20 working days)", with some exceptions-none of which applied to plaintiff's request.

RECEIVED
Mail Room
JUL - 8 2015
Angela D. Caesar, Clerk of Court
U.S District Court, District of Columbia

After 85 working days had passed, plaintiff wrote defendant to inquire about the status of his request. As of the filing of this action plaintiff has not received any correspondence concerning his request whatsoever.

Under 5 U.S.C. §552(a)(6)(A) "Each agency, upon receipt of any request for records made under paragraph (1), (2), or (3) of this subsection (subsection (a)), shall (i) determine within 20 days (except, Saturdays, Sundays, and legal public holidays) after the receipt of any such request whether to comply with such request and shall immediately notify the person making such request of such determination and the reasons therefore, and of the right of such to appeal to the head of the agency any adverse determination.

5 U.S.C. §552(a)(6)(C)(i) states in pertinent part: "Any person making a request to any agency for records under paragraph (1), (2), or (3) of this subsection (subsection (a)) shall be deemed to have exhausted his administrative remedies with respect to such request if the agency fails to comply with the applicable time limit provisions of this paragraph.

Accordingly, plaintiff now files this action with this honorable Court pursuant to 5 U.S.C. §552(a)(4)(B) respectfully requesting that this Court would enjoin defendant from withholding agency records and to order production of any agency records improperly withheld from plaintiff.

Specifically, plaintiff is requesting a copy of any document used by the government or law enforcement to obtain plaintiff's cell site location records from Nextel Communications. These documents would include or consist of an affidavit of probable cause in support of

a search warrant, an application for a court order, or any subpoena or request of any type faxed to Nextel Communications for acquisition of the cell site location records pertaining to cell phone number 240-882-9622.

While it is true that the documents were generated as part of a criminal investigation, that investigation is now closed resulting in the conviction of plaintiff. These documents do not involve the identity of any confidential informants, nor will they interfere with any ongoing or future prosecution.

Therefore, plaintiff request that defendant be enjoined from withholding the properly requested document(s) and an order releasing the requested document(s) to plaintiff.

Respectfully submitted,

*Bryan K. Wilson*
Bryan K. Wilson 39629-007
USP Hazelton
P.O. BOX 2000
Brucetonmills, WV. 26525